IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RAYMOND P. NELSON,

              Petitioner,             No. CIV S-03-1978 FCD PAN P

    vs.

D. L. RUNNELS, Warden,

              Respondent.          <u>ORDER</u>

_____/

        Petitioner is a state prisoner proceeding pro se with an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  On May 8, 2006, petitioner filed two notices of appeal to the United States Court of Appeals for the Ninth Circuit.  This court has not issued a final decision on petitioner's habeas corpus petition and no judgment has been entered in this action.[1]  The court will not, therefore, issue a certificate of appealability in this matter.  <u>Cf</u>. 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

/////

/////

/////

---

[1] Nor do petitioner's notices of appeal appear directed to any interlocutory orders in this case.

1    In accordance with the above, IT IS HEREBY ORDERED that the Clerk of the

2  Court is directed to process petitioner's May 8, 2006 notices of appeal to the United States Court

3  of Appeals for the Ninth Circuit.

4  DATED:July 14, 2006

5

6                                        /s/ Frank C. Damrell Jr.
                                         FRANK C. DAMRELL JR.
7                                        United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26