IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RAYMOND P. NELSON,

      Petitioner,                  No. CIV S-03-1978 FCD JFM P

   vs.

D. L. RUNNELS, Warden,

      Respondent.            <u>ORDER</u>

                             /

      Petitioner, a state prisoner proceeding pro se, has timely filed a notice of appeal of this court's November 9, 2007 denial of his application for a writ of habeas corpus.  Petitioner has also filed an application for a certificate of appealability.  28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

      A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the applicant has made a substantial showing of the denial of a constitutional right."  28 U.S.C. § 2253(c)(2).  The court must either issue a certificate of appealability indicating which issues satisfy the required showing or must state the reasons why such a certificate should not issue.  Fed. R. App. P. 22(b).

/////

/////

1

1       For the reasons set forth in the magistrate judge's October 11, 2007 findings and
2 recommendations, petitioner has not made a substantial showing of the denial of a constitutional
3 right.
4       Accordingly, IT IS HEREBY ORDERED that petitioner's November 26, 2007
5 application for a certificate of appealability is denied.  The Clerk of the Court is directed to
6 process petitioner's appeal to the United States Court of Appeals for the Ninth Circuit.
7 DATED: December 11, 2007.

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE